## Commonwealth v. Freeman, Appellant.

Submitted March 28, 1974. *Richard E. Johnson,* for appellant; *David Richman,* Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Gendraw, Appellant.

Submitted March 22, 1974. *Burton Spear,* and *Renninger, Spear & Kupits,* for appellant; *Paul J. Sullivan* and *David Richman,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.